UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHELLE L. PUKI, as Personal Representative of the Estate of Lori Langton,<br><br>Plaintiff,<br><br>v.<br><br>OKANOGAN COUNTY; CITY OF OMAK; OKANOGAN COUNTY PUBLIC HOSPITAL DISTRICT NO. 3, d/b/a MID-VALLEY HOSPITAL; OKANOGAN BEHAVIORAL HEALTHCARE, a WA Nonprofit Corporation; KENNETH OGUEJIOFOR, M.D. and JANE DOE OGUEJIOFOR, husband and wife and their marital community; DAVID KOPP, M.A. and JANE DOE KOPP, husband and wife and their marital community; OFFICER VERNON REYES 413; OFFICER JEROD GAVIN 405;   M.O. MIRANDA EVANS J23; M.O. MITZY GREEN J11; C.D. CODY P. LUNN J19; C.D. RUSH J13;  C.D. MIKE ADAMS J27; C.D. NOAH STEWART J1; C.D. TAPIA J20; C.D. ERIC KNAPP J6; JANE and JOHN DOES 1-30, and ABC CORPORATIONS 1-5<br><br>Defendants | No.   2-20-cv-411<br><br>DECLARATION DECLINING ARBITRATION |

I, MICHELLE PUKI, under penalty of perjury under the laws of the State of Washington, declares as follows:

I am the Plaintiff in this lawsuit and my attorney has provided me with a copy of the Voluntary Arbitration provisions under RCW 7.70A.

I  have reviewed the act, and

DECLARATION DECLINING ARBITRATION - 1

**Leemon + Royer** PLLC

403 Columbia St., Suite 500 Seattle, WA 98104
*Phone* 206 269-1100  *Fax* 206 269-7427

EXH. 1

[**X**]     I decline to proceed under the Voluntary Arbitration Act.

[   ]      I elect to proceed under the Voluntary Arbitration Act.

DATED this **3rd** day of November, at **Bothell**, Washington.

_____
MICHELLE PUKI

DECLARATION DECLINING ARBITRATION - 2      **Leemon + Royer** PLLC    403 Columbia St., Suite 500 Seattle, WA 98104
*Phone* 206 269-1100  *Fax* 206 269-7424