FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 27, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHELLE L. PUKI, as Personal Representative of the Estate of Lori Langton,<br><br>                Plaintiff,<br><br>      v.<br><br>OKANOGAN COUNTY; CITY OF OMAK; OKANOGAN COUNTY PUBLIC HOSPITAL DISTRICT NO. 3, d/b/a MID-VALLEY HOSPITAL; OKANOGAN BEHAVIORAL HEALTHCARE, a WA Nonprofit Corporation; KENNETH OGUEJIOFOR, M.D., and JANE DOE OGUEJIOFOR, husband and wife and their marital community; DAVID KOPP, M.A. and JANE DOE KOPP, husband and wife and their marital community; OFFICER VERNON REYES 413; OFFICER JEROD GAVIN 405; M.O. MIRANDA EVANS J23; M.O. MITZY GREEN J11; C.D. CODY P. LUNN J19; C.D. RUSH J13; C.D. MIKE ADAMS J27; C.D. NOAH STEWART J1; C.D. TAPIA J20; C.D. ERIC KNAPP J6; JANE and JOHN DOES 1–30, and ABC CORPORATIONS 1–5,<br><br>                Defendants. | No.   2:20-cv-00411-SMJ<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS OGUEJIOFOR WITH PREJUDICE** |

On April 26, 2021, the parties filed a Stipulated Motion to Dismiss Defendants Oguejiofor With Prejudice, ECF No. 40. The parties agree to the dismissal of the cause of action against Defendants Kenneth Oguejiofor, M.D. and Jane Doe Oguejiofor.

Consistent with their agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

  1. The parties' Stipulated Motion to Dismiss Defendants Oguejiofor With Prejudice, **ECF No. 40**, is **GRANTED**.

  2. All claims brought against Defendants Kenneth Oguejiofor, M.D. and Jane Doe Oguejiofor in the above-captioned matter are hereby **DISMISSED WITH PREJUDICE** and without an award of costs or attorney fees to either party.

  3. Defendants Oguejiofor's Motion to Strike Motion to Dismiss, **ECF No. 41**, is **GRANTED**.

  4. The Clerk's Office is directed to **WITHDRAW** Defendant Oguejiofor's Motion to Dismiss, **ECF No. 39**.

//
//
//
//

5. The Clerk's Office is directed to **AMEND** the caption as follows:

> MICHELLE L. PUKI, as Personal Representative of the Estate of Lori Langton,
>
> Plaintiff,
>
> v.
>
> OKANOGAN COUNTY; CITY OF OMAK; OKANOGAN COUNTY PUBLIC HOSPITAL DISTRICT NO. 3, d/b/a MID-VALLEY HOSPITAL; OKANOGAN BEHAVIORAL HEALTHCARE, a WA Nonprofit Corporation; DAVID KOPP, M.A. and JANE DOE KOPP, husband and wife and their marital community; OFFICER VERNON REYES 413; OFFICER JEROD GAVIN 405; M.O. MIRANDA EVANS J23; M.O. MITZY GREEN J11; C.D. CODY P. LUNN J19; C.D. RUSH J13; C.D. MIKE ADAMS J27; C.D. NOAH STEWART J1; C.D. TAPIA J20; C.D. ERIC KNAPP J6; JANE and JOHN DOES 1–30, and ABC CORPORATIONS 1–5,
>
> Defendants.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 27th day of April 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS OGUEJIOFOR WITH PREJUDICE – 3