1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 06, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MICHELLE L. PUKI, as Personal
Representative of the Estate of Lori
Langton,

                    Plaintiff,

          v.

OKANOGAN COUNTY; CITY OF
OMAK; OKANOGAN COUNTY
PUBLIC HOSPITAL DISTRICT NO.
3, d/b/a MID-VALLEY HOSPITAL;
OKANOGAN BEHAVIORAL
HEALTHCARE, a WA Nonprofit
Corporation; DAVID KOPP, M.A. and
JANE DOE KOPP, husband and wife
and their marital community; OFFICER
VERNON REYES 413; OFFICER
JEROD GAVIN 405; M.O. MIRANDA
EVANS J23; M.O. MITZY GREEN
J11; C.D. CODY P. LUNN J19; C.D.
RUSH J13; C.D. MIKE ADAMS J27;
C.D. NOAH STEWART J1; C.D.
TAPIA J20; C.D. ERIC KNAPP J6;
JANE and JOHN DOES 1-30, and ABC
CORPORATIONS 1-5,

                    Defendants.

No.    2:20-cv-00411-SMJ

**ORDER GRANTING
STIPULATED MOTION TO
DISMISS**

//

//

ORDER GRANTING STIPULATED MOTION TO DISMISS – 1

On January 5, 2022, Plaintiff Michelle Puki and Defendants Vernon Reyes and Jerod Gavin filed a Stipulated Motion to Dismiss Defendants Jerod Gavin and Vernon Reyes With Prejudice, ECF No. 68. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

1.   The Parties' Stipulated Motion to Dismiss Defendants Jerod Gavin and Vernon Reyes With Prejudice, **ECF No. 68**, is **GRANTED**.

2.   All claims against Defendants Vernon Reyes and Jerod Gavin are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

3.   The Parties' Stipulated Motion to Dismiss Defendants City of Omak, Jerod Gavin and Vernon Reyes With Prejudice, **ECF No. 66**, is **DENIED AS MOOT**.

4.   The Clerk's Office is directed to **AMEND** the caption as follows:

MICHELLE L. PUKI, as Personal Representative of the Estate of Lori Langton,

Plaintiff,

v.

OKANOGAN COUNTY; CITY OF OMAK; OKANOGAN BEHAVIORAL HEALTHCARE, a WA Nonprofit Corporation; DAVID KOPP, M.A. and JANE DOE KOPP, husband and wife and their marital community; M.O. MIRANDA EVANS J23; M.O. MITZY GREEN J11; C.D. CODY P. LUNN J19; C.D. RUSH J13; C.D. MIKE ADAMS J27; C.D. NOAH STEWART J1; C.D. TAPIA

J20; C.D. ERIC KNAPP J6; JANE and JOHN DOES 1-30, and ABC CORPORATIONS 1-5,

Defendants.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 6th day of January 2022.

_____

SALVADOR MENDOZA, JR.
United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS – 3