Case 2:20-cv-00411-SMJ    ECF No. 74    filed 08/03/22    PageID.526    Page 1 of 3

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 03, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHELLE L. PUKI, as Personal Representative of the Estate of Lori Langton,<br><br>Plaintiff,<br><br>v.<br><br>OKANOGAN COUNTY; CITY OF OMAK; OKANOGAN COUNTY PUBLIC HOSPITAL DISTRICT NO. 3, d/b/a MID-VALLEY HOSPITAL; OKANOGAN BEHAVIORAL HEALTHCARE, a WA Nonprofit Corporation; DAVID KOPP, M.A. and JANE DOE KOPP, husband and wife and their marital community; OFFICER VERNON REYES 413; OFFICER JEROD GAVIN 405; M.O. MIRANDA EVANS J23; M.O. MITZY GREEN J11; C.D. CODY P. LUNN J19; C.D. RUSH J13; C.D. MIKE ADAMS J27; C.D. NOAH STEWART J1; C.D. TAPIA J20; C.D. ERIC KNAPP J6; JANE and JOHN DOES 1-30, and ABC CORPORATIONS 1-5,<br><br>Defendants. | No.   2:20-cv-00411-SMJ<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS** |

//

//

ORDER GRANTING STIPULATED MOTION TO DISMISS – 1

Before the Court is the parties' Stipulated Motion to Dismiss Defendant City of Omak Without Prejudice, ECF No. 73. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss Defendant City of Omak Without Prejudice, **ECF No. 73**, is **GRANTED**.

2. All claims against Defendant City of Omak are **DISMISSED WITHOUT PREJUDICE**, with all parties to bear their own costs and attorney fees.

3. The Clerk's Office is directed to **AMEND** the caption as follows:

MICHELLE L. PUKI, as Personal Representative of the Estate of Lori Langton,

                              Plaintiff,

                    v.

OKANOGAN COUNTY; OKANOGAN BEHAVIORAL HEALTHCARE, a WA Nonprofit Corporation; DAVID KOPP, M.A. and JANE DOE KOPP, husband and wife and their marital community; M.O. MIRANDA EVANS J23; M.O. MITZY GREEN J11; C.D. CODY P. LUNN J19; C.D. RUSH J13; C.D. MIKE ADAMS J27; C.D. NOAH STEWART J1; C.D. TAPIA J20; C.D. ERIC KNAPP J6; JANE and JOHN DOES 1-30, and ABC CORPORATIONS 1-5,

                              Defendants.

//

//

1  //

2  **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and

3  provide copies to all counsel.

4  **DATED** this 3rd day of August 2022.

*[signature]*

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS – 3