Holly E. Lynch, WSBA #37281
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone:  (206) 623-1900
Facsimile:  (206) 623-3384

The Honorable Stanley A. Bastian

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON AT SPOKANE

MICHELLE L. PUKI, as Personal Representative of the Estate of Lori Langton,

Plaintiff,

v.

OKANOGAN COUNTY; OKANOGAN BEHAVIORAL HEALTHCARE, a WA Nonprofit Corporation; DAVID KOPP, M.A. and JANE DOE KOPP, husband and wife and their marital community; M.O. MIRANDA EVANS J23; M.O. MITZY GREEN J11; C.D. CODY P. LUNN J19; C.D. RUSH J13; C.D. MIKE ADAMS J27; C.D. NOAH STEWART J1; C.D. TAPIA J20; C.D. ERIC KNAPP J6; JANE and JOHN DOES 1-30, and ABC CORPORATIONS 1-5,

Defendants.

Case No. 2:20-cv-00411-SAB

NOTICE OF COMPLIANCE WITH FED. R. CIV. P. 26(a)(2)

PLEASE TAKE NOTICE that, pursuant to ECF Nos. 38 and 80, Defendants Okanogan Behavioral Healthcare and David Kopp, by and through their undersigned counsel, hereby confirm their compliance with Fed. R. Civ. P.

NOTICE OF COMPLIANCE - 1

KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

26(a)(2) and the Court's requirements under paragraph 4(A) and (C) of the Scheduling Order, ECF No. 38.

RESPECTFULLY SUBMITTED this 13th day of January, 2023.

KELLER ROHRBACK L.L.P.

By *s/ Holly E. Lynch*
    Holly E. Lynch, WSBA #37281
    1201 Third Avenue, Suite 3200
    Seattle, WA  98101
    Telephone: (206) 623-1900
    Facsimile: (206) 623-3384
    Email:  hlynch@kellerrohrback.com

Attorneys for Defendants Okanogan Behavioral Healthcare and David and Jane Doe Kopp

NOTICE OF COMPLIANCE - 2

## CERTIFICATE OF SERVICE

I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF System.  The NEF for the foregoing specifically identifies recipients of electronic notice.

DATED this 13th day of January, 2023.

s/ Keeley Engle
Keeley Engle, Legal Assistant
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA  98101
Telephone:  (206) 623-1900
Facsimile:  (206) 623-3384
Email:  kengle@kellerrohrback.com

4873-4896-9802, v. 1

NOTICE OF COMPLIANCE - 3