AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 16, 2024

SEAN F. McAVOY, CLERK

MICHELLE L. PUKI, personal representative of the Estate of Lori Langton,

*Plaintiff*

v.

OKANOGAN COUNTY; OKANOGAN BEHAVIORAL HEALTHCARE, a Washington non-profit corporation; DAVID KOPP, individually; MEDICAL OFFICER MIRANDA EVANS, individually; MEDICAL OFFICER MITZY GREEN, individually; CORRECTIONS DEPUTY CODY LUNN, individually; CORRECTIONS DEPUTY BRENT RUSH, individually; CORRECTIONS DEPUTY MIKE ADAMS, individually; CORRECTIONS DEPUTY JESSE TAPIA, individually; and CORRECTIONS DEPUTY ERIC KNAPP, individually,

*Defendants*

Civil Action No. 2:20-CV-00411-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendants Okanogan County and Individual Officers' Motion for Partial Summary Judgment, ECF No. 183, is GRANTED. Defendants Okanogan Behavioral Healthcare and David Kopp's Motion for Partial Summary Judgment, ECF No. 192, is GRANTED. The Monell claims against Defendants Okanogan County and Okanogan Behavioral Healthcare are DISMISSED with with prejudice. The 42 U.S.C. § 1983 claims against the Okanogan County Jail Staff and David Kopp are DISMISSED with prejudice. The Court declines supplemental jurisdiction of the remaining state law claims so this matter is DISMISSED. JUDGMENT entered for Defendants as to the Monell and individual 42 U.S.C. § 1983 claims.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian  on a motion for Summary Judgment.

Date: May 16, 2024

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*
Lee Reams