# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHELLE L PUKI, as Personal Representative of the Estate of Lori Langton, | **Case No.**    **2:20-cv-00411-SAB** |
| Plaintiff, | **CIVIL MINUTES** |
| -vs- | **DATE:**    **04/23/2026** |
| OKANOGAN COUNTY, et al | **LOCATION:**   VIDEO CONFERENCE |
| Defendants. | **STATUS CONFERENCE AND MOTION HEARING** |

| **Chief Judge Stanley A. Bastian** | | |
|---|---|---|
| Ruby Mendoza | 02 | Allison Anderson |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Kevin M Hastings<br>Alexander G Dietz | | Holly E Lynch<br>Shellie McGaughey<br>Michael Kyllo |
| **Plaintiff's Counsel** | | **Defendants' Counsel** |

**[ X ]  Open Court**          **[   ]  Chambers**          **[ X ]  Telecon/Video**

Court and counsel appeared by video conference.

Court addresses counsel regarding scheduling. The Court is available for trial to begin on April 12, 2027. The parties estimate a 3-week trial, the Court will set status conferences.

Plaintiff's Motion to Compel, ECF No. 162, is granted.
Plaintiff's Motion to Compel *Individual County Employee Defendants*, ECF No. 163, is granted.
Defendant's Motion to Exclude *Testimony of David Stewart under Daubert*, ECF No. 179, is denied.

Court addresses pending dispositive motions and notifies counsel mediation is required before trial. Magistrate Judges are available to assist with settlement conferences. Court directs counsel to confirm their clients are available for trial on April 12, 2027.
　　Mr. Hastings indicates they're available.
　　Ms. McGaughey indicates counsel is available.

Ms. McGaughey reminds the Court that the Motion for Summary Judgment on negligence is withdrawn. Would like the opportunity to mediate with Magistrate Judge Goeke.

Ms. Lynch clarifies the Motion for Summary Judgement on the state law claims is still pending. New counsel will be appearing for her clients and a motion to withdraw as counsel will be filed.

## [ X ]   ORDER FORTHCOMING

| **CONVENED:**  9:34 A.M. | **ADJOURNED:**  9:47 A.M. | **TIME:**  13 MINS. |
|---|---|---|