FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 23, 2026

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHELLE L. PUKI, as Personal Representative of the Estate of Lori Langton,<br><br>   Plaintiff,<br><br>  v.<br><br>OKANOGAN COUNTY, *et al*,<br><br>   Defendants. | No. 2:20-CV-00411-SAB<br><br>**ORDER ON PRETRIAL MOTIONS** |

A status conference in this matter was held by video on April 23, 2026. Plaintiff was represented by Kevin M. Hastings and Alexander G Dietz. Defendants were represented by Holly E. Lynch, Shellie McGaughey, and Michael Kyllo.

At the hearing, the Court ruled on Plaintiff's Motions to Compel, ECF Nos. 162 and 163, and Defendants' Motion to Exclude, ECF No. 179. This Order memorializes the Court's oral rulings.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Motions to Compel, ECF Nos. 162 and 163, are **GRANTED**.

2. Defendants' Motion to Exclude, ECF No. 179, is **DENIED**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 23rd day of April 2026.



_____

Stan Bastian
Chief United States District Judge

**ORDER ON PRETRIAL MOTIONS** # 1