FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 30, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHELLE L. PUKI, as Personal Representative of the Estate of Lori Langton,<br><br>    Plaintiff,<br><br>    v.<br><br>OKANOGAN COUNTY, *et al*,<br>    Defendants. | No. 2:20-CV-00411-SAB<br><br>**JURY TRIAL SCHEDULING ORDER**<br><br>**JURY TRIAL SCHEDULED FOR APRIL 12, 2027** |

A status conference in this matter was held by video on April 23, 2026. Plaintiff was represented by Kevin M. Hastings and Alexander G Dietz. Defendants were represented by Holly E. Lynch, Shellie McGaughey, and Michael Kyllo. At that hearing, the Court indicated that it would set a trial for April 12, 2027.

Accordingly, **IT IS ORDERED:**

### PROFESSIONALISM AND COURT-ASSISTED MEDIATION

1.    **Civility and Professional Conduct**. Counsel should review and employ Local Rule 83.1 (Civility) and Washington Rule of Professional Conduct 3.4 (Fairness to Opposing Party and Counsel).

2.    **Scheduling Order is Binding**. Rule 16(f) of the Federal Rules of Civil Procedure provides for sanctions for failure to obey the Scheduling Order.

**JURY TRIAL SCHEDULING ORDER** #1

The Court will usually accept stipulations to modify the dates specified in this Order, but modifications of pretrial deadlines may also result in a modification of the trial date.

3.      **Settlement Conference/Mediation.** The parties are encouraged to engage in settlement negotiations as early as possible and should contact the Court if they believe a settlement conference would be helpful. The Court will require parties to engage in mediation prior to trial, unless good cause is shown that mediation is not possible or will be unproductive.

**TRIAL DATES**

4.      **Jury Trial.** The jury trial shall commence on **April 12, 2027**, at **9:00 a.m. in Spokane, Washington.** Counsel estimates a trial length of 3 weeks; however, the Court expects the parties to try this case within 7-10 court days.

5.      **Absent good cause, the clients are expected to attend trial. If any clients are unable to attend, the parties shall notify the Court as early as possible prior to trial.**

6.      **Pretrial Conference.** An in-person pretrial conference will be held on **March 25, 2027, at 10:30 a.m.** in **Spokane**, Washington.

7.      **Status Conference.** A status conference will be held on **September 17, 2026, at 10:30 a.m.** by video. Court staff will contact counsel with video login information prior to the status conference.

**MOTION DEADLINES**

8.      **Motions *in Limine*.**

A. *Motions* in Limine: shall be filed and served on or before **February 22, 2027**.

B. *Responses*: shall be filed and served on or before **March 1, 2027**.

C. *Replies*: shall be filed and served on or before **March 8, 2027**.

D. *Notation*: Motions *in limine* shall be noted for hearing at the pretrial conference.

**JURY TRIAL SCHEDULING ORDER  #2**

**TRIAL PREPARATION DEADLINES**

**9.      Exhibit and Witness Lists.**

A. *Exhibit Lists and Witness Lists*: shall be filed and served and exhibits made available for inspection (or copies provided), on or before **March 1, 2027.**

B. *Identification*: The witness list shall include identification of each witness's testimony.

C. *Notation of Exhibits*: Where feasible, all exhibits identified in depositions shall be pre-marked with the exhibit numbers that will be used at trial. Plaintiff's trial exhibits are to be numbered 1 through 199; Defendant's exhibits are to be numbered 200 and following.

D. *Objections*: Objections to the opposing party's witness list or exhibit list and any accompanying briefs shall be filed and served on or before **March 8, 2027**.

E. *Responses*: Responses, if any, to objections shall be filed and served on or before **March 15, 2027**.

**10.      Pretrial Exhibit Stipulation.**

A. *Stipulation*: The parties shall prepare a pretrial exhibit stipulation that shall contain each party's numbered list of all trial exhibits with the opposing party's objections to each exhibit, including the basis of the objection and the offering party's brief response. All exhibits to which there is no objection shall be deemed admitted, subject to any objections at trial that could not be raised in advance.

B. *Deadline*: The pretrial exhibit stipulation shall be filed on **March 15, 2027.**

C. Objections to witness and exhibits shall be heard at the pretrial conference.

**11.      Designation of Testimony.**

A. The parties shall notify the Court on or before **February 22, 2027,**

**JURY TRIAL SCHEDULING ORDER**  #3

whether deposition testimony will be used at trial. The Court will then schedule a hearing to review all designated testimony and objections so that a final edited version of the deposition testimony can be prepared for trial.

B. **The Court disfavors the use of deposition testimony in lieu of live testimony. The parties are encouraged to avoid the use of depositions absent good cause.**

12. **Pretrial Order.**

A. *Deadline*: A joint Pretrial Order, prepared in accordance with the format provided in Local Rule 16.1(e), shall be filed on or before **March 15, 2027,** and a copy e-mailed in Word format to the Court at BastianOrders@waed.uscourts.gov.

B. *Consistency*: The list of exhibits contained in the joint Pretrial Order shall reflect the exhibit marking scheme described above in paragraph 13(C).

C. *Duplicative Exhibits*: In preparing the joint Pretrial Order, the parties shall confer regarding duplicate exhibits and determine which party will submit such exhibits for trial.

13. **Trial Briefs and Proposed Voir Dire.** Trial briefs and voir dire shall be filed by **March 11, 2027.**

14. **Jury Instructions.** No later than **March 11, 2027**, the parties shall file jointly proposed jury instructions.

A. *Confer*. The parties shall confer regarding jury instructions and file jointly proposed jury instructions and a table of proposed Jury Instructions. The jointly proposed Jury Instructions should address only issues that are unique to this case and shall include instructions regarding the elements of each claim, any necessary definitions, and a proposed verdict form.

B. *Modifications*. If any proposed instruction is a modified version of model instructions or deviate from model instructions, the parties shall identify the modification and cite legal authority for the modification.

15. **Submissions on the First Day of Trial.** The Court requires that the

**JURY TRIAL SCHEDULING ORDER** #4

following be submitted to the courtroom deputy clerk on the first day of trial:

A. *Exhibits*. Exhibits for presentation at the trial in tabbed binders indexed by exhibit number with exhibit tags placed consistently on the bottom right corner of each exhibit.  Counsel shall submit to the Court an original binder and two copied binders of their exhibits together with a flash drive containing the same.

B. *Exhibit List*. One copy of a final joint exhibit list.

C. *Witness List*. One copy of witness lists in the order in which the witnesses are expected to be called to testify.

## MODIFICATIONS

**16.    Good Cause.** Pursuant to Rule 16 of the Federal Rules of Civil Procedure, this schedule shall not be modified unless the Court finds good cause to grant leave for modifications.

**17.    Motions to Continue Trial**. The trial date set forth in this Order is firm, and all parties and their counsel must regard the date set for trial as certain. The Court may grant a continuance only on a showing of good cause requiring the continuance, and the Court does not guarantee its availability on any new date requested by counsel.

**18.    Length of Memoranda**. The parties shall follow the page limit requirements of Local Rule 7(f) for all motions and pleadings. Motions for leave to exceed page limits are strongly disfavored and will be granted only in extraordinary circumstances.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 30th day of April 2026.



_____
Stan Bastian
Chief United States District Judge

**JURY TRIAL SCHEDULING ORDER**  #5